UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:20cv1403-CMH-IDD |
| | ) | |
| ALEJANDRO AMAYA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court for on the United States' Motion for Admission *Pro Hac Vice* and Exemption from Local Counsel Requirement of Local Criminal Rules 57.4(D)(1)(b) and 57.4(D)(3). Because the Court finds good cause, and no party objects, the Court hereby GRANTS the Motion. It is hereby ORDERED that:

1. The application for admission *pro hac vice* of John Blair Fishwick Martin, Trial Attorney, United States Department of Justice Civil Division, Torts Branch, Constitutional and Specialized Torts Litigation Section is GRANTED;

2. During the pendency of this matter, Mr. Martin is exempted from the local counsel requirements of Local Criminal Rules 57.4(D)(1)(b) and 57.4(D)(3); and

3. The Clerk of the Court, to permit Mr. Martin to file and access pleadings electronically in this matter using the Court's CM/ECF system, shall provide Mr. Martin with an ECF login and password for use of the Court's CM/ECF system.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

Alexandria, Virginia
Date: Dec. 2, , 2020

/s/ Claude M. Hilton

Claude M. Hilton
United States District Judge