UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEJANDRO AMAYA, )<br>)<br>Defendant. )<br>_____) | Civil No. 1:20cv1403-CMH-IDD |

### ORDER

This matter comes before the Court for on the Motion of Jonathan T. Lucier to Withdraw as Counsel for Interested Party the United States. For good cause shown, it is hereby ORDERED that the Motion be GRANTED and Jonathan T. Lucier is granted leave to withdraw as counsel in this matter. John Blair Fishwick Martin will remain as counsel for interested party the United States.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

Alexandria, Virginia
Date: __Dec. 8__, 2020

_Claude M. Hilton_
Claude M. Hilton
United States District Judge

1